**BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street, Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiff
MUHAMMAD MAALIK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD MAALIK, | Case No. 4:16-cv-04111-KAW |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE: APPLICATION FOR TELEPHONIC APPEARANCE BY DEFENSE COUNSEL ~~AND/OR FOR CONTINUATION OF FURTHER CASE MANAGEMENT CONFERENCE~~ |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION; EVERGREEN MARINE GROUP; DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

The parties' joint application for defense counsel to appear telephonically at the Further Case Management Conference on June 19, 2018 at 1:30 p.m. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

[~~OR ALTERNATIVELY~~]

~~The Further Case Management Conference scheduled for June 19, 2018 at 1:30 p.m. is continued until _____, 2018 at _____.~~

IT IS SO ORDERED.

Dated: 6/15/18

_____
KANDIS A. WESTMORE
United States Magistrate Judge